**RESNICK & LOUIS, P.C.**
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
Las Vegas, NV 89148
emurphy@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ENEDINA OVERSTREET, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a foreign corporation, DOE EMPLOYEES; DOES 1-20; ROE CORPORATIONS 1-20; inclusive,<br><br>Defendants. | CASE NO: 2:22-cv-01252-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Defendant WAL-MART STORES, INC. (hereafter "Defendant" or "Walmart") by and through its counsel of record, Eleanor D. Murphy the law firm of RESNICK & LOUIS, P.C., and Plaintiff ENEDINA OVERSTREET, by and through her counsel of record, CHRISTIAN SMITH, ESQ., of RICHARD HARRIS LAW FIRM, hereby stipulate that the above captioned action and any and all claims asserted by Plaintiff against Wal-Mart in this action are hereby DISMISSED WITH PREJUDICE.

/ / /

/ / /

/ / /

1

Each party is to bear their own attorney fees, interest, and costs.

**IT IS SO STIPULATED.**

Dated this 21st day of April, 2023                    Dated this 17th day of April, 2023

**RESNICK & LOUIS, P.C.**                              **RICHARD HARRIS LAW FIRM**

_____                       _____
ELEANOR D. MURPHY, ESQ.                               CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 15071                                  Nevada Bar No. 8266
8925 West Russell Road, Suite 220                     801 South Fourth Street
Las Vegas, Nevada 89148                               Las Vegas, Nevada 89101
*Attorneys for Defendant Wal-Mart Stores,*            *Attorneys for Plaintiff Enedina Overstreet*
*Inc.*

### ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the Parties' foregoing stipulations, the Court hereby ORDERS that this action and Plaintiff's claims herein are hereby DISMISSED WITH PREJUDICE. Each party is to bear their own attorney fees, interest, and costs.

**IT IS SO ORDERED.**

_____  4-24-23
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**RESNICK & LOUIS, P.C.**

_____
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
*Attorneys for Defendant Wal-Mart Stores, Inc.*